# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHN ANTHONY ROBERTS, SR.,
LISA MOSS ROBERTS AND JOHN
ROBERTS, JR.

VERSUS

HOSPITAL SERVICE DISTRICT
NO. 1 OF TANGIPAHOA PARISH
D/B/A NORTH OAKS HEALTH
SYSTEM AND/OR NORTH OAKS
MEDICAL CENTER, LLC, AND
HOSPITAL SERVICE DISTRICT
NO. 1 OF TANGIPAHOA D/B/A
NORTH OAKS ORTHOPAEDIC
SPECIALTY CENTER

NO.   2021 CW 0669

FEBRUARY 11, 2022

---

In Re:   John Roberts, Jr., applying for supervisory writs,
21st Judicial District Court, Parish of Tangipahoa,
No. 20160000432.

---

**BEFORE:   McDONALD, THERIOT, AND LANIER, JJ.**

   **WRIT DISMISSED.** This writ application is dismissed pursuant to the joint motion to dismiss, which advised that the parties settled all claims and controversies existing between them in this matter and requested that this writ application be dismissed.

**JMM**
**MRT**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT